UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATHWARD, NATIONAL
ASSOCIATION,

    Plaintiff,

v.                                                                                    CASE NO.

BETTINA ZATUCHNI, MD, A
PROFESSIONAL CORPORATION, and
BETTINA ZATUCHNI, as Guarantee

    Defendants.
_____/

## COMPLAINT

Plaintiff, Pathward, National Association[1] ("Pathward"), sues Defendants, Bettina Zatuchni, MD, a professional corporation ("**Bettina Zatuchni, MD**") and Bettina Zatuchni ("**Zatuchni**"), and alleges the following:

## INTRODUCTION

1. This is a simple action brought to obtain judgment under a financial agreement and personal guaranty after Defendants defaulted on their duty to make payments. Pathward seeks to recover $144,935.05, the balance owed, plus attorneys' fees and costs.

---

[1] Pathward was formerly known as Crestmark Vendor Finance until 2022, when it changed its name to Pathward.

## PARTIES, JURISDICTION, AND VENUE

2. Pathward is a federally chartered national bank with its place of business in Troy, Michigan. Pathward is not a citizen of California.

3. Bettina Zatuchni, MD, a citizen of California, is an active professional corporation that is organized under California law and has its principal place of business at 1491 Cedarwood Lane, Pleasanton, CA 94566. Bettina Zatuchni, MD has transacted business in Florida and consented to suit in the District Court of the Middle District of Florida in the division encompassing Manatee County, Florida.

4. Zatuchni, a citizen of California, resides in California. Zatuchni consented to suit in the District Court of the Middle District of Florida in the division encompassing Manatee County, Florida.

5. Venue is proper in the District Court for the Middle District of Florida under 28 U.S.C. § 1391, and Defendants consented to venue in this forum.

6. All conditions precedent to this lawsuit have occurred, been performed, or been waived.

## FACTS

7. On July 23, 2021, Bettina Zatuchni, MD and Financial Partners Corporation ("Financial Partners") entered into an Equipment Finance Agreement (the "**Finance Agreement**"), pursuant to which Financial Partners agreed to make a commercial loan in the original principal amount of $174,195.00 to Bettina Zatuchni, MD to finance the purchase of certain collateral (the "**Collateral**"). A true and correct

copy of the Finance Agreement is attached hereto as **Exhibit A**.

8. The Finance Agreement is secured by the following Collateral: Evolve Hands Free System.

9. On July 23, 2021, contemporaneous with the execution of the Finance Agreement, Zatuchni executed and delivered to Financial Partners a Personal Guaranty (the "**Personal Guaranty**") of the Finance Agreement. Pursuant to the Personal Guaranty, Zatuchni guaranteed the payments and obligations of all amounts due under the Finance Agreement. A true and correct copy of the Personal Guaranty is attached hereto as part of **Exhibit A**.

10. Under the Finance Agreement, Defendants consented to suit in this Court. Specifically, the Finance Agreement provides as follows:

> **JURISDICTION; VENUE; ATTORNEY FEES. YOU ACKNOWLEDGE THAT BY ENTERING INTO THIS AGREEMENT, YOU HAVE TRANSACTED BUSINESS IN THE STATE OF FLORIDA, AND YOU AGREE THAT ALL MATTERS RELATING TO THIS AGREEMENT, EXCEPT FOR LOCAL RECORDING AND PERFECTION STATUTES, WILL BE GOVERNED BY THE LAWS OF FLORIDA. YOU AGREE TO THE JURISDICTION AND VENUE OF THE UNITED STATES DISTRICT COURT IN FLORIDA AND THE DISTRICT COURT OF THE COUNTY OF MANATEE, OR THE CITY AND COUNTY OF MANATEE, STATE OF FLORIDA. YOU AGREE TO BE SUBJECT TO SUIT IN THESE COURTS IN ANY LEGAL ACTION OR PROCEEDING RELATING TO THE AGREEMENT. THE PREVAILING PARTY IN ANY LEGAL ACTION OR PROCEEDING WILL BE ENTITLED TO RECOVER ITS REASONABLE ATTORNEYS' FEES AND COSTS, IN ADDITION TO ANY OTHER DAMAGES.**

Ex. A at 2, ¶ 14.

11. On that same day Defendants executed the Finance Agreement, Financial Partners assigned the Finance Agreement and Personal Guaranty to

Pathward, formerly known as Crestmark Vendor Finance, for adequate consideration. A true and correct copy of the Notice and Acknowledgement of Assignment (the "**Notice of Assignment**") is attached as **Exhibit B**.

12. Bettina Zatuchni, MD defaulted under the terms of the Finance Agreement by, among other things, failing to make periodic payments.

13. Pathward has declared and hereby declares the full amount payable under the Finance Agreement to be due and owing to Pathward. Specifically, the Default and Remedies provision of the Finance Agreement states that if Defendants are in default, Pathward may

> recover as damages (not as a penalty, but herein liquidated for app purposes) sum of the (A) the entire balance of the unpaid past due Monthly Installment Payments; and (B) the future Monthly Installment Payments discounted to the date of determination at the then-current discount rate of the Federal Reserve Bank of Atlanta (the "Discount Rate") for the Term, plus reasonable costs and fees of collection including attorneys' fees;

Ex. A at 2, ¶ 10.

14. Exclusive of accrued interest, late fees, and other charges, as of August 11, 2023, Bettina Zatuchni, MD owes Pathward $144,935.05 under the Finance Agreement.

15. Pathward owns, holds, and is entitled to enforce the Finance Agreement.

16. Pathward retained the undersigned counsel to prosecute this action and became obligated to pay reasonable attorneys' fees, which fees are recoverable from Defendants under the Finance Agreement.

## COUNT I - BREACH OF FINANCE AGREEMENT[2]

17. Pathward realleges paragraphs 1–17 above as though fully set forth herein.

18. Bettina Zatuchni, MD defaulted under the Finance Agreement.

19. Bettina Zatuchni, MD now owes Pathward the full amount due under the Finance Agreement of $144,935.05, plus attorney's fees, court costs and other costs and expenses recoverable under the Finance Agreement.

**WHEREFORE**, Pathward demands judgment against Bettina Zatuchni, MD for $144,935.05, plus attorney's fees, court costs and other costs and expenses recoverable under the Finance Agreement.

## COUNT II - BREACH OF PERSONAL GUARANTY

20. Pathward realleges paragraphs 1–17 above as though fully set forth herein.

21. Bettina Zatuchni, MD defaulted under the Finance Agreement.

22. By virtue of the Personal Guaranty set forth in the Finance Agreement, Zatuchni owes Pathward the full amount due under the Finance Agreement of $144,935.05, plus attorney's fees, court costs and other costs and expenses recoverable

---

[2] Pathward reserves its right to bring an action to recover the Collateral from Bettina Zatuchni, MD in a court of competent jurisdiction as this Court lacks jurisdiction to consider a replevin claim since the Collateral is not located in Florida. *Ctr. Cap. Corp. v. Gulfstream Crane, LLC*, No. 09-61021-CIV, 2009 WL 4909430, at *6 (S.D. Fla. Nov. 25, 2009) ("Because replevin is a 'possessory action,' intermediate Florida courts considering the nature of replevin appear to have uniformly concluded that replevin requires *in rem* jurisdiction over the subject matter. Thus, '[a]n action for replevin cannot be successfully maintained unless the property is *within the state* and subject to the jurisdiction of its courts.'" (internal citations omitted)).

under the Finance Agreement.

**WHEREFORE**, Pathward demands judgment against Zatuchni for $144,935.05, plus attorney's fees, court costs and other costs and expenses recoverable under the Finance Agreement.

Dated August 11, 2023.

                                 */s/ Jacob Hanson*
                                 Jacob Hanson, Esq. (FBN 91453)
                                 **Bradley Arant Boult Cummings LLP**
                                 100 North Tampa Street, Suite 2200
                                 Tampa, FL  33602
                                 Telephone: (813) 559-5500
                                 Primary Email: jhanson@bradley.com
                                 Secondary Email: tabennett@bradley.com
                                 ***Counsel for Pathward***